# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **KENNETH CLIFFORD ROBINSON, JR.,** ) | CASE NO.: **18-70934-JRS** |
| ) | |
| Debtor. ) | |

## MOTION TO SELL REAL ESTATE AND DISBURSEMENT OF FUNDS

COMES NOW Kenneth Clifford Robinson, Jr. ("Debtor"), and moves the Court for an order allowing Debtor to sell real property that is a part of the estate:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157. This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N). This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N).

2.

Debtor filed a Voluntary Petition for relief under Chapter 13 on December 13, 2018. The Debtor's Chapter 13 Plan was confirmed on June 10, 2019.

3.

On the Chapter 13 Schedule A, Debtor lists an interest in real property located at 121 Bond Lake Drive, Ellenwood, Georgia 30294 (the "Property"), with a secured obligation to Home Point Financial Corporation ("Lender") with an estimated unpaid balance of $90,875.43 (See Proof of Claim Number 6).

4.

The current value of the Property as indicated by the Henry County Tax Assessor's Office is $154,800.00 (See attached "Exhibit A").

5.

Debtor has procured a new disinterested, third party for the Property by the name of Marvalee Williamson ("Buyer").

6.

With the Lender's approval, Buyer and Debtor entered a preliminary purchase agreement according to which Buyer agrees to the purchase price of $191,000.00 for the Property (See the Residential Contract for Sale and Purchase attached as "Exhibit B").

7.

Debtor requests that the sale proceeds be remitted to the lienholder, Home Point Financial Corporation, to pay their debt in full subject to a proper payoff quote. Debtor further requests that any net proceeds from the sale be remitted to the Chapter 13 Trustee to pay all allowed claims in full. Debtor further requests to retain any excess proceeds.

WHEREFORE, Debtor prays for:

1) An order approving this Motion;
2) An order approving the purchase contract attached herein and associated with the Property; and,
3) Such other and further relief as the Court may deem equitable and just.

Date: February 10, 2020                              /s/
                                                     M. Chase McCallum
                                                     GA Bar No.: 173048
                                                     The Semrad Law Firm, LLC
                                                     Sterling Point II
                                                     303 Perimeter Center North, Ste. 201
                                                     Atlanta, Georgia 30346
                                                     (678) 668-7160
                                                     **Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **KENNETH CLIFFORD ROBINSON, JR.,** | ) | CASE NO.: **18-70934-JRS** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor has filed a Motion to Sell Real Estate and Disbursement of Funds and related papers with the Court seeking an Order approving the motion.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Sell Real Estate in **Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, at 10:45 AM on March 10, 2020.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whim (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 10, 2020

/s/
M. Chase McCallum
GA Bar No.: 173048
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **KENNETH CLIFFORD ROBINSON, JR.,** | ) CASE NO.: **18-70934-JRS** |
| | ) |
| Debtor. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Sell Real Estate and Disbursement of Funds upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

| | |
|---|---|
| Kenneth Clifford Robinson, Jr.<br>121 Bond Lake Drive<br>Ellenwood, GA 30294 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Home Point Financial Corporation<br>c/o Corporation Service Company, Reg. Ag.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 | Sottile and Barile, LLC<br>c/o D. Anthony Sottile, Authorized Agent<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140 |

*[See attached Creditor Mailing Matrix for additional service]*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Date: February 10, 2020

/s/
M. Chase McCallum
GA Bar No.: 173048
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-70934-jrs<br>Northern District of Georgia<br>Atlanta<br>Mon Feb 10 11:09:39 EST 2020 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 |
| CONVERGENT OUTSOURCING<br>10750 HAMMERLY BLVD #200<br>Houston, TX 77043-2317 | CREDIT FIRST N A<br>6275 EASTLAND RD<br>BROOKPARK, OH 44142-1399 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| CVI SGP-CO Acquisition Trust<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Department of Justice, Tax Division<br>75 Ted Turner Drive SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | HOME POINT FINANCIAL C<br>11511 Luna Rd Ste 300<br>Dallas, TX 75234-6451 |
| Home Point Financial Corporation<br>D. Anthony Sottile<br>Auth Ag for Home Point Financial Corp<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140-8362 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234-6451 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | KAY JEWELERS/GENESIS<br>375 Ghent Road<br>Fairlawn, OH 44333-4600 | MCYDSNB<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236-1509 |
| MIDLAND FUNDING<br>PO Box 13105<br>Roanoke, VA 24031-3105 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT, INC<br>as agent<br>PO BOX 2011<br>WARREN MI 48090-2011 | Michael John Chase McCallum<br>The Semrad Firm, LLC<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 |
| Olivia R. Mooney<br>The Semrad Law Firm, LLC<br>303 Perimeter Center North, 201<br>Atlanta, GA 30346-3425 | Northside Hospital<br>PO Box 105346<br>Atlanta, GA 30348-5346 | ONEMAIN<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 |
| Office of Attorney General<br>40 Capitol Sq Sw<br>Atlanta, GA 30334-9057 | OneMain<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | Kenneth Clifford Robinson Jr<br>121 Bond Lake Dr<br>Ellenwood, GA 30294-4542 |

```
D. Anthony Sottile                    Special Assistant U.S. Attorney        (p)SPRINT NEXTEL CORRESPONDENCE
Sottile & Barile, LLC                 401 W. Peachtree Street, NW, STOP 1000-D  ATTN BANKRUPTCY DEPT
394 Wards Corner Road, Suite 180      Atlanta, GA 30308                      PO BOX 7949
Loveland, OH 45140-8362                                                      OVERLAND PARK KS 66207-0949


Synchrony Bank                        THE BUREAUS INC                        United State's Attorney Office
c/o PRA Receivables Management, LLC   1717 CENTRAL ST                        219 S Dearborn Street
PO Box 41021                          EVANSTON, IL 60201-1507                 5th Floor
Norfolk, VA 23541-1021                                                       Chicago, IL 60604-2029


United States Attorney                WELLS FARGO DEALER SVC                 Wells Fargo Bank N.A.
Northern District of Georgia          PO BOX 19657                           d/b/a Wells Fargo Auto
75 Ted Turner Drive SW, Suite 600     IRVINE, CA 92623-9657                  PO Box 130000
Atlanta GA 30303-3309                                                        Raleigh, NC 27605-1000


Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue         Portfolio Recovery Associates, LLC    Sprint Corp
1800 Century Boulevard                POB 41067                              Attention Bankruptcy
c/o T Truong                          Norfolk VA 23541                       PO Box 7949
Atlanta, GA 30345                                                            Overland Park, KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Skalyns                            End of Label Matrix
                                      Mailable recipients    39
                                      Bypassed recipients     1
                                      Total                  40
```